**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02805-GPG

ELMER LEE CROSS, JR.,

    Plaintiff,

v.

DR. CRUM,
THE NURSE RHONDA, and
THE NURSE MARK LONGALE,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 25, 2014, the Court granted Plaintiff a second extension of time to file an amended prisoner complaint in compliance with the October 15 Order Directing Plaintiff to File Amended Complaint. Plaintiff has subsequently filed numerous letters and motions with the Court making multiple requests. (*See* ECF Nos. 16, 17, 20-41). However, none of the letters and motions comply with the Court's orders.

    Plaintiff's request for an extension of time (ECF No. 20) is granted as follows: Plaintiff shall have **up to and including February 10, 2015** to comply with the Court's October 15 Order by filing an amended prisoner complaint. Plaintiff is advised that this is his final opportunity to comply with the Court's orders. No further extensions will be granted. Failure to comply within the time allowed will result in dismissal of this action without further notice.

    Plaintiff also alleges that prison officials will not assist him in obtaining the necessary forms to comply with the Court's orders. Plaintiff's request (ECF No. 20) for a complete Prisoner Complaint packet is granted as follows: The Clerk of the Court is directed to send again to Plaintiff a copy of the Prisoner Complaint form and the Information and Instructions for Filing a Prisoner Complaint.

    Plaintiff's numerous requests for miscellaneous court orders (ECF Nos. 21-41) are denied as premature.

    Plaintiff's request for photocopies of the October 15 Order Directing Plaintiff to File Amended Complaint is denied. Photocopies of filings are $.50 per page per copy. If Plaintiff wants a copy of the 6-page October 15 Order, he must pay $3.00 in advance.

    Finally, Plaintiff is delaying the progress of his case by filing unnecessary letters and motions. Plaintiff is directed to cease filing unnecessary papers that only delay the

progress of this case.  The Court may not respond to any such papers Plaintiff files in the future.  In order to pursue his claims in this case, Plaintiff must comply with the October 15 Order Directing Plaintiff to File Amended Complaint.

Dated:  January 7, 2015
_____